## JAMES MAY *versus* ANGUS MACKINTOSH, SARAH MACOMB AND ALEXANDER MACOMB, EXECUTORS, ETC., OF WILLIAM MACOMB, DECEASED

. . . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821–25): *Journal 3:* (1) Rule to return habeas corpus *p. 205; (2) motion to quash habeas corpus *p. 243; (3) continued *p. 264; (4) continued *p. 349; (5) continued *p. 426; (6) continued *p. 443. *Journal 4:* (7) Rule to strike from docket MS p. 13.
PAPERS IN FILE: [None]
*1821 Calendar*, MS p. 93.

## JOHN ANDERSON *versus* MARY ANN SCOTT, ADMINISTRATRIX, ETC., OF WILLIAM McDOWELL SCOTT, DECEASED

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule to return habeas corpus *p. 205; (2) dismissed *p. 264.
PAPERS IN FILE: [None]
*1821 Calendar*, MS p. 94.  Recorded in *Book B*, MS pp. 66–69.